

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2024

No. 04-24-00136-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Proceeding[1]

**ORDER**

On February 26, 2024, relator filed a petition for a writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. APP. P. 52.8(a).

It is so **ORDERED** on May 15, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of May, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2020CVG001103D1, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jack W. Pulcher presiding.